IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVEN GRAVELY, JR., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-20-2031 |
| BALTIMORE COUNTY POLICE DEPARTMENT, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | *** | |

## ORDER

By Order dated July 17, 2020, this Court stayed Plaintiff Steven Gravely, Jr.'s claims for monetary damages, pending the resolution of related proceedings in state court. ECF No. 4. Thereafter, the Court directed Plaintiff to file a status report every ninety 90 days with information regarding the progression of his direct appeal in Maryland state courts. ECF No. 23. On August 22, 2022, Plaintiff filed a Motion to Reopen Case and a status report, noting that the Maryland Court of Special Appeals affirmed his conviction, and that he subsequently filed a petition for writ of certiorari with the Maryland Court of Appeals. ECF Nos. 28, 29. Because Plaintiff's appeal is still pending before the Court of Appeals, his Motion to Reopen Case shall be denied without prejudice. *See Gravley v. State of Maryland*, Case No. COA-PET-0184-2022 (Md. Ct. App.), *available at* https://casesearch.courts.state.md.us (last visited Sept. 16, 2022). Plaintiff will be required to file his next status report within 90 days of the date of this Order.

Accordingly, it is this 19th day of September, 2022, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion to Reopen Case (ECF No. 28) IS DENIED without prejudice;

2. Plaintiff SHALL FILE a status report within ninety (90) days of the date of this Order, and every ninety (90) days thereafter, informing this Court of the progression of his

    appeal in state court;

3. Plaintiff IS FOREWARNED that his failure to file a status report in a timely manner may result in dismissal of the remaining claims without prejudice and without further notice from the Court; and

4. The Clerk SHALL SEND a copy of this Order to Plaintiff and to counsel.


                                                                                      /s/  
                                                  RICHARD D. BENNETT  
                                        UNITED STATES DISTRICT JUDGE